WALTER DOYLE, TRADING, ETC., RESPONDENT, v. JOSEPH J. CORN, APPELLANT.

Submitted February 12, 1932—Decided May 16, 1932.

For the respondent, *Griffinger & Griffinger.*

For the appellant, *Joseph C. Corn.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Parker, Campbell, Lloyd, Bodine, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 12.

*For reversal*—None.